THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| J.A.,<br><br>Plaintiff<br><br>V.<br><br>HILTON WORLDWIDE HOLDINGS INC. et al.,<br><br>Defendants | CIVIL NO.: 23-cv-1554 (SCC MEL) |

**JOINT MOTION REQUESTING DISMISSAL WITH PREJUDICE**

**COME NOW,** the parties, represented by their undersigned legal counsel and respectfully submit for the consideration of this honorable court the proposed Initial Scheduling Memorandum as follows:

1. The parties during a settlement conference held before this honorable court, reached a settlement agreement with the assistance of this honorable court that they want to keep confidential, that ends the present litigation.

2. For this reason, it is requested that this honorable court, as per the agreements reached before this court, proceed to dismiss the present case, with prejudice, without the imposition of costs nor attorney fees on any of the parties.

3. The parties respectfully request that this honorable

court retain jurisdiction regarding compliance by all parties as per the terms agreed in the settlement conference held before this Court.

**WHEREFORE,** the parties respectfully request that this honorable court enter the dismissal of the present case, with prejudice, without the imposition of attorney fees nor costs on any of the parties, and retaining jurisdiction to ensure compliance with the agreed settlement terms reached during the settlement conference.

**WE HEREBY CERTIFY:** That on this same date we electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of the filing electronically to the participant attorneys in this matter.

**RESPECTFULLY SUMBITTED.**

In San Juan, Puerto Rico this 15th day of November, 2024.

Attorneys for Plaintiff

**HOROWITZ LAW**
S/ Elana R. Goodman
Pro Hac Vice

**Rivera Aspinall, Garriga**
**& Fernandini, PSC**
Attorney for Plaintiff
1647 Adams Street,
Summit Hills, San Juan,
Puerto Rico 00920
(787) 792 8644
(787) 360 0094

```
By: S/ Julian R. Rivera Aspinall
Julian R. Rivera Aspinall, Esq.
USDC PR 208506
```
aspinall@ragflaw.com

**Attorney for Universal Insurance Company**:

ANDREU & SAGARDIA
261 Domenech Avenue San Juan, PR 00918
Phone (787) 754-1777 Fax (787) 763-8045
s/José A. Andreu-Collazo
José A. Andreu-Collazo USDC-PR 306713
jac@andreu-sagardia.com

**Attorney for 8000 Tartak Street Owner LLC; Highgate Hotels, LLC**

S/HÉCTOR MÁRMOL LANTIGUA
HÉCTOR MÁRMOL LANTIGUA
Bar No.: 225404
E-mail: hmarmol@colonramirez.com
COLÓN RAMÍREZ, L.L.C.
PO Box 361920 San Juan, PR 00936-1920
Tel.: (888) 760-1077 Fax: (305) 507-1920

**Attorney for Chubb Insurance Company of Puerto Rico:**

S/MARGARITA ROSADO-TOLEDO
MARGARITA ROSADO-TOLEDO
Bar No.: 227903
Email: mrosado@colonlaw.com
Colón & Colón, P.S.C.
Mailing: PO Box 9023355
San Juan, PR 00902-3355 Street:
1225 Ave. Ponce De Leon PH-1325
San Juan, PR 00907
Tel.: (787) 758-6060

**Attorney for Diamond Point International Massage, Inc.**

s/Francisco J. González-Magaz
FRANCISCO J. GONZÁLEZ-MAGAZ
USDC No. 223907
Francisco González P.S.C.
1519 Ave. Ponce de León,
Suite 802 San Juan, PR 00909
Tel: (787) 504-5880

gonzalezmagaz@gmail.com