IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| J.A.,<br><br>    Plaintiffs,<br><br>        v.<br><br>HILTON WORLDWIDE HOLDINGS INC. ET AL.,<br><br>    Defendants. | CIV. NO. 23-1554 (SCC) |

**JUDGMENT**

In view of the Joint Motion for Voluntary Dismissal at Docket No. 86, this case is hereby **DISMISSED WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms and conditions set forth in the settlement agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of November 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE